IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
JOSEPH MICHAEL WILSON and    )
DEBORAH FRANK WILSON,        )
                             )
    PlaintiffS,              )
                             )  CIVIL ACTION NO.
    v.                       )    3:04cv1004-T
                             )        (WO)
FIRST BAPTIST CHURCH OF      )
DADEVILLE, ALABAMA, et al.,  )
                             )
    Defendants.              )
```

OPINION

Plaintiff filed this lawsuit, pursuant to 28 U.S.C.A. § 1983, challenging action allegedly taken regarding some property.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions to dismiss should be granted.  Also before the court are plaintiffs' objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiffs' objections should be overruled and the magistrate judge's recommendation adopted.

**An appropriate judgment will be entered.**

**DONE, this the 22nd day of September, 2005.**


                                 <u>    /s/ Myron H. Thompson    </u>
                                 **UNITED STATES DISTRICT JUDGE**