IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
JOSEPH MICHAEL WILSON and     )
DEBORAH FRANK WILSON,         )
                              )
    PlaintiffS,               )
                              )  CIVIL ACTION NO.
    v.                        )     3:04cv1004-T
                              )         (WO)
FIRST BAPTIST CHURCH OF       )
DADEVILLE, ALABAMA, et al.,   )
                              )
    Defendants.               )
```

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) Plaintiffs' objections (Doc. No. 38) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 37) is adopted.

(3) Defendants' motions to dismiss (Doc. Nos. 23, 24 & 26) are granted.

(4) Plaintiffs' complaint is dismissed in its entirety.

It is further ORDERED that costs are taxed against plaintiffs, for which execution may issue.

Case 3:04-cv-01004-MHT-VPM   Document 40   Filed 09/22/05   Page 2 of 2

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 22nd day of September, 2005.**

**      /s/ Myron H. Thompson      
UNITED STATES DISTRICT JUDGE**